UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA CHASTANG,

        Plaintiff(s),

    v.

CALIDAD OAKLAND CUSTODIAL SITE,

        Defendant(s).
_____/

No. C-13-03710 DMR

**ORDER TO SHOW CAUSE**

    Defendant USA's motion to dismiss is set for a hearing on September 26, 2013. Pursuant to Civil Local Rule 7-3, any brief in opposition to Defendant's motion was due on August 30, 2013, but no such opposition has been received. <u>Plaintiff Cynthia Chastang is ordered to respond by</u> **<u>September 6, 2013</u>**<u>, and show cause for her failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If plaintiff Chastang does not respond by September 6, 2013, Defendant's motion may be granted.

    IT IS SO ORDERED.

Dated: September 3, 2013



_____
DONNA M. RYU
United States Magistrate Judge