United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CHASTANG,<br><br>        Plaintiff(s),<br><br>   v.<br><br>CALIDAD OAKLAND CUSTODIAL SITE,<br><br>        Defendant(s).<br>_____/ | No. C-13-03710 DMR<br><br>**ORDER TAKING MOTION TO DISMISS UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court has received Defendant USA's motion to dismiss (Docket No. 5), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the September 26, 2013 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

    IT IS SO ORDERED.

Dated: September 11, 2013

_____
DONNA M. RYU
United States Magistrate Judge