United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA CHASTANG,

        Plaintiff(s),

   v.

CALIDAD OAKLAND CUSTODIAL SITE,

        Defendant(s).
_____/

No. C-13-03710 DMR

**ORDER REMANDING CASE TO SUPERIOR COURT OF CALIFORNIA**

    The court has received the parties' stipulation to remand this case to the Alameda County Superior Court. [Docket No. 15.] Good cause being shown, the court orders this case remanded to the Alameda County Superior Court and orders the Clerk to close the case file.

    IT IS SO ORDERED.

Dated: January 17, 2014

_____
DONNA M. RYU
United States Magistrate Judge